Service

THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

SIMEONE & MILLER, LLP
1130 Connecticut Avenue, NW
Suite 350
Washington, DC 20036

-and-

DEBORAH GOLANSKI
12501 Tech Ridge Blvd., #812
Austin, TX 78753

      Plaintiffs,

v.

UNITED STATES OF AMERICA
245 Murray Drive
Building 410
Washington, DC 20223

    Serve:
    Eric H. Holder, Jr.
    United States Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

    Ronald C. Machen Jr.
    United State Attorney for the
    District of Columbia
    United States Attorney's Office
    555 4th Street, NW
    Washington, DC 20530

-and-

STATE OF MARYLAND

    Serve:
    Nancy K. Kopp, Treasurer
    80 Calvert Street, Room 109
    Annapolis, MD 21401

-and-

RECEIVED
Civil Clerk's Office
JUL 0 9 2014
Superior Court
of the District of Columbia
Washington, D.C.

14-0004222

CA No.
Calendar
Judge
Next Event

**Government Exhibit**
A

KEY HEALTH MEDICAL SOLUTIONS, INC.
6030 Mayfair Lane
Alexandria, VA 22310

> Serve:
> David Edgar Gochman
> 2939 Van Ness Street, NW
> #727
> Washington, DC 20008

-and-

PAIN MANAGEMENT INSTITUTE OF D.C.
2112 F Street NW
Suite 802A
Washington, DC 20005

> Serve:
> C T Corporation System
> 1015 15th Street, NW
> Suite 1000
> Washington, DC 20005

-and-

WASHINGTON NEUROSURGICAL ASSOCIATES P.C.
5215 Loughboro Road, NW
Suite 510
Washington, DC 20016

> Serve:
> Elaine Ammerman
> 3301 New Mexico Avenue, NW
> Suite 352
> Washington, DC 20016

-and-

WASHINGTON IMAGING ASSOCIATES D.C. LLC
3301 New Mexico Avenue, NW
#132
Washington, DC 20016

Serve:
Sher Lewis
3301 New Mexico Avenue, NW
#132
Washington, DC 20016

-and-

SPORT & SPINE REHAB HOLDINGS, INC.
9300 Livingston Road
Fort Washington, MD 20744

Serve:
Jay Greenstein
9300 Livingston Road
Fort Washington, MD 20744

-and-

SIBLEY MEMORIAL HOSPITAL FOUNDATION
5255 Loughboro Road, NW
Washington, DC 20016

Serve:
CT Corporation System
1015 15th Street, NW
Suite 1000
Washington, DC 20005

-and-

CAPITAL NEUROLOGY
10400 Connecticut Avenue
Suite 304
Kensington, MD 20895

Serve:
U.S. Registered Agents, Inc.
9321 Watkins Road
Gaithersburg, MD 20882

-and-

INDER CHAWLA, M.D.
7600 Carroll Avenue

3

Unit 5200
Tacoma Park, MD 20912

-and-

GOLDEN PEAR FUNDING, LLC
100 Quentin Roosevelt Boulevard
Suite 400
Garden City, New York 11530

>Serve:
>Joe Volpe
>Chief Executive Officer
>100 Quentin Roosevelt Boulevard
>Suite 400
>Garden City, New York 11530

-and-

GLOBAL FINANCIAL CREDIT, LLC
14 Mamaroneck Avenue, Suite 3F
White Plains, NY 10601

>Serve:
>Wensley McKenney
>Chief Operating Officer
>14 Mamaroneck Avenue, Suite 3F
>White Plains, NY 10601

-and-

ALPINE FUNDER
2500 Lemoine Avenue
Third Floor
Fort Lee, NJ 07024

>Serve:
>Chad Prussin
>2500 Lemoine Avenue
>Third Floor
>Fort Lee, NJ 07024

-and-

DIMENSIONS HEALTHCARE
ASSOCIATES, INC.
3001 Hospital Drive

Cheverly, MD 20785

> Serve:
> Steven R. Smith
> Executive Office Suite 4000
> 3001 Hospital Drive
> Cheverly, MD 20785

-and-

MEP, LLC
Suite 225
12410 Milestone Center Drive
Germantown, MD 20876

> Serve:
> Shahana Chaudhry
> Suite 225
> 12410 Milestone Center Drive
> Germantown, MD 20876

-and-

SHADY GROVE RADIOLOGICAL
CONSULTANTS, P.C.
Suite 104
20410 Observation Drive
Germantown, MD 20876

-and-

MEDICAL FACULTY ASSOCIATES,
INC.
Suite 10-1403
2150 Pennsylvania Avenue., NW
Washington, DC 20052

> Serve:
> CSC-Lawyers Incorporating Service
> Company
> 7 Saint Paul St. Suite 1660
> Baltimore, MD 21202

-and-

SPECTRUM MEDICAL, INC.

5

8820 Brookville Rd.
Silver Spring, MD 20910

-and-

SURGICAL ANESTHESIA
ASSOCIATES P.L.L.C.
5038 Van Ness Street NW
Washington, DC 20016

    Serve:
    Metropolitan Agents Inc.
    4120 Harrison Street, NW
    Washington, DC 20015

-and-

BOWIE INTERNAL MEDICINE
ASSOCIATES, P.A.
14999 Health Center Lane
Suite 201
Bowie, MD 20716

    Serve:
    David Siegal
    1103 La Grande Road
    Silver Spring, MD 20903

-and-

DOCTORS GROOVER, CHRISTIE
AND MERRITT P.C.
5255 Loughboro Road, NW
Washington, DC 20016

    Serve:
    Corporation Guarantee
    And Trust Company
    1150 Connecticut Avenue, NW
    Suite 900
    Washington, DC 20036

    Defendants.

## COMPLAINT FOR
## INTERPLEADER AND DECLARATORY RELIEF

Plaintiffs Deborah Golanski (hereafter, "Plaintiff Golanski) and Simeone & Miller, LLP (hereafter, "Plaintiff Simeone & Miller"), pursuant to District of Columbia Superior Court Rules of Civil Procedure Rule 22, hereby file this Complaint for Interpleader and Declaratory Relief against Defendants United State of America (hereafter, "Defendant USA"), State of Maryland (hereafter, "Defendant Maryland"), Key Health Medical Solutions, Inc. (hereafter, "Defendant Key Health"), Pain Management Institute of D.C. (hereafter "Defendant Pain Management"), Washington Neurosurgical Associates, P.C. (hereafter, "Defendant Washington Neurosurgical"), Washington Imaging Associates D.C. LLC (hereafter, "Defendant Washington Imaging"), Sport and Spine Rehab Holdings, Inc. (hereafter, "Defendant Sport & Spine"), Sibley Memorial Hospital Foundation (hereafter, "Defendant Sibley Memorial"), Capitol Neurology (hereafter, "Defendant Capitol Neurology"), Inder Chawla, M.D. (hereafter, "Defendant Chawla"), Golden Pear Funding, LLC (hereafter, "Defendant Golden Pear"), Global Financial Credit, LLC (hereafter, "Defendant Global Financial"), Alpine Funder (hereafter, "Defendant Alpine"), Dimensions Healthcare Associates, Inc. (hereafter, "Defendant Dimensions"), MEP, LLC (hereafter, "Defendant MEP"), Shady Grove Radiological Consultants, P.C. (hereafter, "Defendant Shady Grove"), Medical Faculty Associates, Inc. (hereafter, "Defendant Medical Faculty"), Spectrum Medical, Inc. (hereafter, "Defendant Spectrum"), Surgical Anesthesia Associates P.L.L.C. (hereafter, "Defendant Surgical Anesthesia"), Bowie Internal Medicine Associates, P.A. (hereafter, "Defendant Bowie") and Doctors Groover, Christie and Merritt, P.C. (hereafter, "Defendant Doctors Groover)". For this Petition, Plaintiffs allege as follows:

## Parties

1. Plaintiff Simeone & Miller is a limited liability partnership engaged in the business of providing legal services, with a principal place of business at 1130 Connecticut Ave., NW, Suite 350, Washington, DC 20036.

2. Plaintiff Golanski is an individual who resides at the above-captioned address.

3. Defendant USA is a municipal corporation that conducts business in the District of Columbia.

4. Defendant Maryland State of Maryland is a municipal corporation organized pursuant to the laws of the United States of America that conducts business in the District of Columbia.

5. Defendant Key Health is a corporation that maintains an office at the above-captioned address.

6. Defendant Pain Management is a corporation that maintains an office at the above-captioned address.

7. Defendant Washington Neurosurgical is a corporation that maintains an office at the above-captioned address.

8. Defendant Washington Imaging is a corporation that maintains an office at the above-captioned address.

9. Defendant Sport & Spine is a corporation that maintains an office at the above-captioned address.

10. Defendant Sibley Memorial is a corporation that maintains an office at the above-captioned address.

11. Defendant Capitol Neurology is a corporation that maintains an office at the above-captioned address.

12. Defendant Chawla is a physician that maintains an office at the above – captioned address.

13. Defendant Golden Pear is a corporation that maintains an office at the above-captioned address.

14. Defendant Global Financial is a corporation that maintains an office at the above-captioned address.

15. Defendant Alpine Funder is a corporation that maintains an office at the above-captioned address.

16. Defendant Dimensions is a corporation that maintains an office at the above-captioned address.

17. Defendant MEP is a corporation that maintains an office at the above-captioned address.

18. Defendant Shady Grove is a corporation that maintains an office at the above-captioned address.

19. Defendant Medical Faculty is a corporation that maintains an office at the above-captioned address.

20. Defendant Spectrum is a corporation that maintains an office at the above-captioned address.

21. Defendant Surgical Anesthesia is a corporation that maintains an office at the above-captioned address.

22. Defendant Bowie is a corporation that maintains an office at the above-captioned address.

23. Defendant Doctor Groover is a corporation that maintains an office at the above-captioned address.

## Jurisdiction

24. This Court has subject matter jurisdiction over this action pursuant to § 11-921 of the D.C. Code in that this action was filed in the District of Columbia and no federal court has exclusive jurisdiction over this matter.

25. This Court has personal jurisdiction over Defendants to the extent of the Defendants' interest in the funds located in Washington, DC that are the subject of the matter.

26. Plaintiff, having exposure for double or multiple liability, is entitled to interplead pursuant to Rule 22 of the District of Columbia Superior Court Rules of Civil Procedure.

## Factual Background

27. On or about July 25, 2008, Plaintiff Golanski was injured on the premises of a Sears Store in Bowie, Maryland.

28. As a result of the incident, Plaintiff Golanski incurred medical expenses of $77,566.94, plus significant pain and suffering.

29. On or about August 12, 2008, Plaintiff Golanski retained Plaintiff Simeone & Miller in Washington, DC to represent her in a negligence action against Sears.

30. Litigation ensued and, due to issues regarding liability and damages, Plaintiff Golanski's case was settled prior to trial for one hundred thousand dollars ($100,000.00).

31. In addition to Plaintiff Golanski's medical bills and liens, she also has tax liens, both federal and with the state of Maryland, totaling $79,553.28, bringing her total liens to $166,167.39.

32. Plaintiff Simeone & Miller is currently safekeeping Plaintiff's Golanski's property in its trust account in Washington, DC pending a determination by the Court on how to appropriately distribute Plaintiff Golanski's recovery.

33. The claims of Defendants are greater than Plaintiff Golanski's recovery, net of attorney's fees and expenses.

34. Plaintiff Simeone & Miller has diligently, yet unsuccessfully, attempted to negotiate with Plaintiff Golanski's creditors for the treatment she received in the accident – who are all named as Defendants herein – in order to satisfy the claims of all parties with a right to the described recovery.

35. However, Plaintiff Simeone & Miller has not been able to negotiate necessary reductions with all Defendants.

36. Moreover, because she was injured in the July 25, 2008 accident, Plaintiff Golanski has a claim for pain and suffering, emotional distress and inconvenience.

37. As Plaintiff Golanski's attorneys, Plaintiff Simeone & Miller has a claim for legal fees and expenses in pursuing her claim.

### Claim for Relief: Interpleader

38. Due to the fact that there are insufficient funds to fully satisfy Plaintiff Golanski's medical providers and lien holders after payment of Plaintiff Golanski and her legal fees and expenses, Plaintiffs are in great doubt of the proper disbursement of these funds and therefore respectfully requests judicial supervision of the disbursement of the recovery to ensure fair distribution of the funds.

39. Plaintiffs have attempted but have not been able to successfully negotiate necessary reductions of Plaintiff Golanski's account balances with her medical providers and lien holders.

11

40. Accordingly, Plaintiffs are or may be exposed to double or multiple liability to Defendants.

41. Plaintiffs seek the Court's guidance on the proper apportionment of Plaintiff Golanski's one hundred thousand dollar ($100,000.00) recovery to satisfy her creditors after payment of Plaintiff Golanski's attorneys' fees and expenses to Plaintiff Simeone & Miller.

42. In light of the amount of disbursement proceeds available and the absence of any other available funds, Plaintiffs respectfully request that the one hundred thousand dollars ($100,000.00) be distributed in the following order: (1) payment of Plaintiff Golanski's legal fees and expenses to Plaintiff Simeone & Miller in an amount set forth in the retainer agreement between Plaintiffs; (2) payment of one-third of the remaining recovery to Plaintiff Golanski for her pain and suffering, emotional distress and inconvenience; (3) distribution of the remaining funds to Ms. Golanski's medical providers and lien holders on a pro rata basis in proportion to their current outstanding balance.

43. Specifically, Plaintiff's proposed disbursement is as follows:

    | # | Item | Amount |
    |---|---|---|
    | 1. | Total Disbursement Proceeds: | $100,000.00 |
    | 2. | Legal Fees owed: | $ 35,000.00 |
    | 3. | Legal Expenses owed Plaintiff Simeone & Miller: | $ 9,121.17 |
    | 5. | Net Amount Available for Plaintiff Golanski and Defendants after Legal Fee and Expenses | $ 55,878.83 |
    | 6. | One-third Payment for Plaintiff Golanski | $ 18,626.28 |
    | 7. | Remaining Funds for Defendants | $ 37,252.55 |
    | 8. | Pro Rata Amount for Each Medical Provider Based on Current Balance: | |

| Provider/Lien Holder | Current Balance[1] | % of Total Balance | Pro Rata Share of Net Recovery |
|---|---|---|---|
| United States of America | $58,873.70 | 35.43% | $13,198.71 |
| State of Maryland | $20,679.58 | 12.45% | $ 4,636.09 |
| Key Health Medical Solutions, Inc. | $ 1,895.00 | 1.14% | $   424.83 |
| Pain Management Institute Of D.C. | $16,830.00 | 10.13% | $ 3,773.07 |
| Washington Neurosurgical Associates, P.C. | $14,825.00 | 8.92% | $ 3,323.57 |
| Washington Imaging Associates of D.C. LLC | $ 3,892.00 | 2.34% | $   872.54 |
| Sport & Spine Rehab Holding, Inc. | $ 2,820.00 | 1.70% | $   632.21 |
| Sibley Memorial Hospital Foundation | $31,622.96 | 19.03% | $ 7,089.45 |
| Capitol Neurology | $   250.00 | .15% | $    56.05 |
| Inder Chawla, M.D. | $   870.00 | .52% | $   195.04 |
| Golden Pear Funding, LLC And/or Global Financial Credit, LLC And/or Alpine Funder | $ 5,020.00 | 4.53% | $ 1,688.13 |
| Dimensions Healthcare Associates, Inc. | $   647.55 | .39% | $   145.17 |
| MEP, LLC | $   345.60 | .21% | $    77.48 |
| Shady Grove Radiological Consultants, P.C. | $    86.00 | .05% | $    19.28 |

---

[1] Current balances may change and are reflective of the last date they were verified by the provider and the undersigned's office.

13

| | | | |
|---|---|---|---|
| Medical Faculty Associates, Inc. | $ 1,338.00 | .81% | $ 299.96 |
| Spectrum Medical, Inc. | $ 125.00 | .08% | $ 28.02 |
| Surgical Anesthesia Associates P.L.L.C. | $2,530.00 | 1.52% | $ 567.19 |
| Bowie Internal Medicine Associates, P.A. | $ 155.00 | .09% | $ 34.75 |
| Doctors Groover, Christie And Merritt P.C. | $ 852.00 | .51% | $ 191.01 |
| TOTAL BALANCE | $163,657.39 | 100% | $37,252.55 |

**WHEREFORE**, Plaintiffs Simeone & Miller, LLP and Deborah Golanski respectfully requests that the Court enter an order (1) restraining Defendants from instituting any action against Plaintiff or Defendant Golanski for recovery of any portion of the trial proceeds currently held in trust; (2) ordering distribution of the currently escrowed trial proceeds in the manner set forth above, with the currently escrowed trial proceeds distributed pro rata among Defendants in proportion to current balances after payment of Plaintiff's legal fee and expenses; and (3) granting Plaintiff such other and further relief as this Court deems just and proper.

Dated: July 3, 2014

RESPECTFULLY SUBMITTED,

Michael C. Robinett, #503231
SIMEONE & MILLER, LLP
1130 Connecticut Ave., NW
Suite 350
Washington, D.C. 20036
(202) 527-7911
Fax: (202) 466-1833
mrobinett@simeonemiller.com
*Counsel for Plaintiff*